519 P.2d 1343

William Cedric **CLOUSE**, Plaintiff
and Appellant,

v.

Samuel **SMITH**, Warden, Utah State Prison,
Defendant and Respondent.

No. 13485.

Supreme Court of Utah.

March 13, 1974.

Bruce C. Lubeck of Salt Lake Legal Defenders Ass'n., Salt Lake City, for plaintiff and appellant.

Vernon B. Romney, Atty. Gen., M. Reid Russell, Earl F. Dorius, Asst. Attys. Gen., Salt Lake City, for defendant and respondent.

HENRIOD, Justice:

Appeal from a writ of habeas corpus petition. Affirmed.

Defendant pleaded guilty to burglary. He was represented by counsel at the time, who advised the court he was of the opinion defendant knowingly and voluntarily was entering such plea. This conclusion was fortified by answers of defendant to numerous questions asked by the court, obviously posed to protect defendant's rights. Consequently, and based on the record, we conclude defendant's sole point on appeal to be lacking in merit.

CALLISTER, C. J., and ELLETT, CROCKETT and TUCKETT, JJ., concur.